No. 99–355. WENZEL v. INTERNATIONAL BUSINESS MACHINES CORP., *ante*, p. 952;

No. 99–526. MCCRAY v. NATIONAL LABOR RELATIONS BOARD, *ante*, p. 968;

No. 99–5016. WOODS v. UNITED STATES, *ante*, p. 881;

No. 99–5081. MCMANUS v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, *ante*, p. 884;

No. 99–5230. STEDMAN v. UNITED STATES, *ante*, p. 893;

No. 99–5373. CHAMBERS v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, *ante*, p. 969;

No. 99–6010. FLANAGAN ET UX. v. ARNAIZ ET AL., *ante*, p. 973; and

No. 99–6078. WILBORN, AKA ADAMS v. HARVARD ET AL., *ante*, p. 975. Petitions for rehearing denied.

DECEMBER 14, 1999

No. 99–817 (99A437). FELDER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS, JUSTICE GINSBURG, and JUSTICE BREYER would grant the application for stay of execution.

DECEMBER 15, 1999

No. 99–817. FELDER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, this page. Petition for rehearing denied. JUSTICE SCALIA took no part in the consideration or decision of this petition.

DECEMBER 28, 1999

No. 99–704. E. I. DU PONT DE NEMOURS & CO. v. MATSUURA, INDIVIDUALLY AND DBA ORCHID ISLE NURSERY, ET AL. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.1. ■